UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE: REQUEST FOR
CERTIFICATE OF GOOD STANDING               1: 22-MC-00009
                                           2: 22-MC-00010

-------------------------------------------------------X

I, Ryan Albert Mendias, hereby request a copy of my certificate of good standing.

My date of admission to the Eastern District of New York is 09/02/2022.

My state attorney registration number is 5742242.

Law Firm or Other Employer; ACLU Foundation

Address: 125 Broad Street, 17th Fl, New York, NY 10041.

Phone: (201) 549-2500   Mobile Phone: _____

Email: rmendias@aclu.org

Dated: 9/2/22

Signature